UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

PLAINTIFF
LABRANCHE, JAMIE P.

SEALED

-VS-

CASE# **12-2786**

DEFENDANTS
GOODWORKS, GOODWILL

DIV; **SECT. F  MAG. 4**

COMPLAINT

NOW IN COURT JAMIE LABRANCHE PLAINTIFF STATES THE FOLLOWING;

(JURISDICTION), FEDERAL QUESTION UNDER 28 U.S.C. 1331, DIRECTLY UNDER FEDERAL WHISTLE BLOWER ACT 5 U.S.C. 2302, ( QUI TAM ) FALSE CLAIMS ACT 31 U.S.C. 3729, DAVIS BACON ACT 40 U.S.C. 3141, MCNAMARA-O" HARA SERVICE ACT 41 U.S.C. 35. PLAINTIFF FROM PARISH OF ST. JOHN, DEFENDANTS FROM PARISH OF NEW ORLEANS FALLING UNDER THIS COURT JURISDICTION.

(PARTIES) ARE, PLAINTIFF FROM ST. JOHN THE BAPTIST PARISH JAMIE LABRANCHE, 2173 CARMEL VALLEY, LAPLACE, LA. 70068.
THE DEFENDANTS ARE, GOODWORKS, GOODWILL FROM PARISH OF NEW ORLEANS, 3400 TULANE AVENUE, SUITE 1000, NEW ORLEANS, LA. 70119. MAY CALL TO STAND NAVY PERSONNEL, DOD INSPECTOR GENERAL PERSONNEL GOODWORKS GOODWILL EMPLOYEES INCLUDING MANAGEMENT, ANY OR ALL GOODWORKS GOODWILL VENDORS, RAPID GATE MANAGEMENT AND FBI.

COMPLAINT

AN COMPLAINT WAS FILED WITH SEC NAV MR. RAY MABUS IN WASHINGTON DC ABOUT A SECURITY BREACH AND OTHER ISSUES AT BELLE CHASSE NAVY BASE, INFORMATION WAS TO HOLD-CLOSE FRONT OFFICE OF SEC NAV. IN THE PROCESS OF INVESTIGATING # 201203595 DOD OFFICE OF INSPECTOR GENERAL MATTHEW PITZER SENT AN EMAIL TO HENRY CAMBURN CIV NAVFAC SE, PWD NEW ORLEANS LOOKING TO LOCATE ME, IN TURN MR. CAMBURN SENT THE EMAIL TO **GEORGE SCHONHOFF, CONTRACT OFFICER CIV NAVFAC SE, PWD NEW ORLEANS. THIS EMAIL IS FOR NAVY PERSONNEL ONLY. MR. SCHONHOFF BEING CLOSE FRIENDS WITH MY VICE PRESIDENT BOBBIE WHITE OF

GOODWORKS GOODWILL INSTANTLY GAVE HER A COPY OF EMAIL,THAT IS WHAT STARTED THE WHRISTBLOWER REPRISAL,THE NEXT MORNING MR.SCHONHOFF GAVE ME A COPY OF EMAIL AND STATED DO NOT TELL IG ANYTHING.

UNDER FEDERAL WHISTLEBLOWER PROTECTION ACT PROHIBITS GOODWORKS,GOODWILL,AND GEORGE SCHONHOFF CONTRACT OFFICER WITH NAVY FROM TAKING OR THREATENING TO TAKE A PERSONNEL ACTION AGAINST ME BECAUSE OF PROTECTED DISCLOSURES. I REASONABLY BELIEVE THIS TO BE EVIDENCE OF A VIOLATION OF LAW, GROSS MISMANAGEMENT BY VP BOBBIE WHITE GOODWORKS AND GEORGE SCHONHOFF NAVY, ABUSE OF AUTHORITY, A SUBSTANTIAL SECURITY BREACH AT NAS JRB THREATING PUBLIC SAFETY,GROSSLY OVERCHARGING BY VP BOBBIE WHITE, KICKBACK SCHEME BY FORMER PROJECT MANAGER LLOYD HAROLD.
I HAVE BEEN RETALIATED AGAINST AFTER I MADE MY PROTECTED DISCLOSURE TO SEC NAV. GOODWORKS GOODWILL GEORGE SCHONHOFF AN AGENCY OFFICER TOOK ADVERSE ACTION AGAINST ME THAT HAD FIRST HAND KNOWLEDGE THROUGH EMAIL FROM DOD INSPECTOR GENERAL DATED 10-24-2012 ( EXHIBIT A ) TWO PAGE EMAIL CLASSIFIED INTENDED FOR NAVY ONLY THAT GEORGE SCHONHOFF LEAKED OUT TO MY VP BOBBIE WHITE.

** 1** TIME ON MONDAY 10-29-2012 9:30 AM BOBBIE WHITE MY VP OF GOODWORKS AND FRANCES WILLIAMSON OF HUMAN RESOURCES THROUGH EMAIL GIVEN TO VP BOBBIE WHITE BY GEORGE SCHONOFF, THEY ENGAGED IN WHISTLEBLOWER REPRISAL IN MEETING. KEEP IN MINE THAT I NEVER BEEN WROTE UP SINCE I STARTED IN MAY 2011 OR HAD ANY PROBLEMS WITH ANYTHING.
** 2 ** ON 11-8-2012 AT 11:00 AM A MEETING WITH BOBBIE WHITE VP AND FRANCES WILLIAMSON OF HUMAN RESOURCES ENGAGE IN THERE SECOND ACT OF WHISTBLOWER REPRISAL,( THIS TIME IN WRITING ) SEE EXHIBIT (B) TWO PAGE LETTER DATED 11-8-2012 FROM BOBBY WHITE VP OF CONTRACTS, THEY DEMANDED I SIGN IT ON THE SPOT, I STATED I NEED MY GLASSES TO READ IT, AND NEVER SIGN IT.ON 11-13-2012 FRANCES WILLIAMSON OF HUMAINE RESOURCES CALLS ME LOOKING FOR THE SIGNED PAPER. ( I WILL NOT SIGN THIS BASELESS LETTER) ANTISAPATING THIS TYPE OF WHISTLEBLOWER REPRISAL FROM BOBBIE WHITE VP ,FRANCES WILLIAMSON HUMAN RESOURCES AND GEORGE SCHONHOFF I REQUESTED LETTER OF RECOMMENDATION FROM CYNTHIA BROOKS NAVY PERFORMANCE ASSESSMENT NAVFAC PUBLIC WORKS,I WORKED WITH HER ON A DAILY BASIS AND THE LETTER SPEAKS FOR ITSELF.EXHIBIT (1).
**MAY THE COURT NOTE THE NIGHT AND DAY DIFFERENCE BETWEEN THE BASELESS WHRISTBLOWER REPRISAL LETTER FROM GOODWORKS VP

BOBBIE WHITE AND LETTER OF RECOMMENDATION FROM NAVY MANAGER**

** 3 ** THE THIRD ACT OF WHISTLEBLOWER REPRISAL IS ( DENIAL OF BENEFITS ) BOBBIE WHITE VP OF CONTRACTS AND FRANCES WILLIAMSON HUMAN RESOURCES DENYING ME OF FEDERAL FRINGE BENEFITS I EARNED SINCE I STARTED IN MAY 2011, ESTIMATED VALUE OVER $ 11,000 THIS IS MONEY THAT NAVY PAID GOODWORKS GOODWILL ON MY BEHALF AS PROJECT MANAGER. I HAVE NOT RECEIVED ONE PENNY OR RECEIVING ANY HEALTH INSURANCE THAT WILL ABSORB MONEY.

I TRIED ALL REMEDIES IN GOODWORKS GOODWILL, MEETING WITH (CFO) JODEE DAROCA AT ZEAS, FRANCES WILLIAMSON HUMAN RESOURCES WAS PRESENT. I TOLD THEM WHATS GOING ON AT BASE, TO INCLUDE LLOYD HAROLD FORMER PROJECT MANAGER KICKBACK SCHEME DIRECT FEDERAL MONIES AND EVEN AFTER HE RESIGNED THE MACHINE IS STILL RUNNING WITH BOBBIE WHITE VP,I TOLD THEM HOW BOBBIE WHITE IS GROSSLY OVERCHARGING NAVY ON IDIQ WORK.THEY DID NOT WANT TO HEAR IT AND A LOT OF IT THEY WAS AWARE OF ALREADY AND DID NOTHING ABOUT IT. I MEET WITH FBI AND GAVE THEM INFO.

THIS COLLUDED REPRISAL BY GOODWILL GOODWORKS IS PROTECTED UNDER ALL ACTS LISTED IN PLEADING, PUNISHABLE BY CRIMINAL AND CIVIL ACTIONS IT CLEARLY STATES PROTECTION FROM DENIAL OF BENEFITS,MAKING THREATS WHICH IS CLEAR IN THIS CASE WITH WRITTEN LETTER FROM VP BOBBIE WHITE, INTIMIDATION AND CIVIL RIGHTS RACIAL DISCRIMINATION HAVE COMMENCED BY GOODWORKS GOODWILL

DEMAND AS FOLLOWS;

CEASE AND DESIST ORDER ENJOINING GOODWORKS, GOODWILL FROM WHISTLE BLOWER REPRISAL UNTIL SECNAV, DOD INSPECTOR GENERAL, AND FBI TO COMPLETE INVESTIGATION. A DENIAL OF FRINGE BENEFITS OWED TO ME IN EXCESS OF $11,000 PAID TO ME BY GOODWORKS GOODWILL MAKING ME WHOLE.THE FCA AUTHORIZES REINSTATEMENT OR FRONT PAY, DOUBLE BACK PAY,INTEREST ON BACK PAY, LITIGATION COST AND DAMAGES FOR EMOTIONAL DISTRESS. TREBLE DAMAGES ACCORDING TO LAW.DEPENDING ON WHAT POSITION GOODWORKS GOODWILL TAKES DEMAND MAY EXCEED $ 200,000 AND ANY AND ALL RELIEF I AM ENTITLE TO UNDER ACTS IN PLEADING AND ANY RELIEF COURT ISSUES.

WE PRAY THE COURT FIRST ISSUES AN ORDER ENJOINING GOODWORKS, GOODWILL FROM WHISTLEBLOWER REPRISAL ALLOWING TIME FOR

INVESTIGATION TO RUN ITS COARSE, ONCE COMPLETED SET CASE FOR HEARING ON MERITS AND MATERIAL FACTS LISTED IN PLEADING AND FUTURE INFORMATION FROM INVESTIGATION.

JAMIE LABRANCHE
2173 CARMEL VALLEY
LAPLACE, LA. 70068
504-559-9586
JAMIELABRANCHE@ME.COM

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

PLAINTIFF
LABRANCHE, JAMIE P.

-VS-                                          CASE#_____

DEFENDANTS                                    DIV._____
GOODWILL, GOODWILL

CERTIFICATE OF SERVICE

I CERTIFY ON 11-16-2012, I CAUSED THIS COMPLAINT TO BE MAILED CERTIFIED RETURN RECEIPT TO ( BILL JESSE ) PRESIDENT OF GOODWORKS, GOODWILL @ 3400 TULANE AVENUE SUITE 1000, NEW ORLEANS, LA. 70119 US MAIL.

11-16-2012
PLAINTIFF
JAMIE LABRANCHE