UNITED STATES DISTRICT COURT

ESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMIE P. LABRANCHE | * | CIVIL ACTION |
| versus | * | NO. 12-2786 |
| GOODWORKS, GOODWILL | * | Section F |
| | * | Mag. 4 |

### ORDER OF DISMISSAL

CONSIDERING the Joint Motion to Dismiss with Prejudice;

IT IS ODERED that the Motion is dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 1st day of May, 2013.

_____
Martin L. C. Feldman

3